[No. 26698-5-I.    Division One.    June 15, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. HARVEY C.
KNUTSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-06733-8, Robert E. Dixon, J., entered

August 8, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Pekelis, J., Scholfield, J., dissenting.